IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. WALKER,

      Plaintiff,                      No. CIV S-07-2545 MCE DAD P

    vs.

C/O KARLES,

      Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to submit the USM-285 forms and other documents necessary to effect service on defendant pursuant to the court's order of December 11, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 11, 2008 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to submit the USM-285 forms and other documents necessary to effect service on defendant.

DATED: January 18, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
walk2545.36