IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. WALKER,

      Plaintiff,                    No. CIV S-07-2545 MCE DAD P

    vs.

C/O KARALES,

      Defendant.           ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to defendant's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant's motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: May 19, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
walk2545.36opp