IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. WALKER,

        Plaintiff,              No. CIV S-07-2545 MCE DAD P

   vs.

A. KARELAS,

        Defendant.        ORDER

_____/

       On February 5, 2009, plaintiff filed a motion for reconsideration of the magistrate judge's order filed January 23, 2009, denying appointment of counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 23, 2009, is affirmed.

Dated:  February 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE