IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. WALKER,

    Plaintiff,                     No. CIV S-07-2545 MCE DAD P

    vs.

A. KARELAS,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983.  Pursuant to the court's scheduling order filed September 21, 2009, plaintiff was to file and serve his pretrial statement and any motions to obtain the attendance of witnesses at trial on or before July 9, 2010.  That deadline has passed and plaintiff has failed to file his pretrial statement.

        Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file and serve his pretrial statement and any motions to obtain the attendance of witnesses at trial.  Plaintiff is cautioned that failure to file a pretrial statement in

/////

/////

/////

1

accordance with this order will result in a recommendation that this action be dismissed. Fed. R. Civ. P. 41(b).

DATED: July 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
walk2545.46